[No. 2777-1.    Division One.    February 9, 1976.]

WASHINGTON INTERSCHOLASTIC ACTIVITIES ASSOCIATION, *Respondent,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 764882, Cornelius C. Chavelle, J., entered January 9, 1974. *Reversed* by unpublished per curiam opinion.

[No. 1758-2.    Division Two.    February 18, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. INEZ THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, Nos. 46120, 43993, Hardyn B. Soule, J., entered February 20, 1975. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 1708-2.    Division Two.    February 19, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT WARREN BARKDULL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 46527, James V. Ramsdell, J., entered December 19, 1974. *Dismissed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 2765-1.    Division One.    February 23, 1976.]

BETTY JEAN TAYLOR, *Respondent,* v. PAUL ZACHARY TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 30436, Walter J. Deierlein, Jr., J., entered January 11, 1974. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Swanson, JJ.